**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA    v.    FRANKLYN BORT

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  3:03-cr-00024-HRH

 Pam Richter 

PROCEEDINGS: **CLERK'S NOTICE**                 DATE: May 23, 2006


      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Franklyn Bort.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration.

[303cr24HRH-Clk-Notice-Passport.wpd]{CLERKNOT.WPD*Rev.12/97}