**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> FRANKLYN BORT </u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                CASE NO.  <u>3:03-cr-00024-HRH</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 7, 2007

    On May 23, 2006, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.

    No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

{IA.WPD*Rev.12/96}